**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ALICIA RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>ASSET RECOVERY SOLUTIONS, LLC<br><br>Defendant. | Docket No: 2:17-cv-13730-KM-MAH |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' September 17, 2018 Stipulation of Dismissal, all claims asserted against Defendant ASSET RECOVERY SOLUTIONS, LLC in Civil Action No. 2:17-cv-13730-KM-MAH, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

SO ORDERED THIS 18th day of September, 2018.

HONORABLE KEVIN MCNULTY
UNITED STATES DISTRICT JUDGE